**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Katherine Crocker and Zorvorsier McDonald,
Defendants,

Of whom Zorvorsier McDonald is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-002006

———————

Appeal From Anderson County
Tommy B. Edwards, Family Court Judge

———————

Unpublished Opinion No. 2019-UP-273
Submitted June 20, 2019 – Filed July 22, 2019

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Mary Elizabeth Parrilla, of The Parrilla Law Firm, LLC,
of Anderson, as Guardian ad Litem for Appellant.

James Victor McDade, of Doyle Tate & McDade, PA, of Anderson, for Respondent.

John Marshall Swails, Jr., of Greenville, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:**  Zorvorsier McDonald appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve McDonald's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.